NEAL S. SALISIAN, SBN 240277
neal.salisian@salisianlee.com
JARED T. DENSEN, SBN 325164
jared.densen@salisianlee.com
PATTY W. CHEN, SBN 322992
patty.chen@salisianlee.com
**SALISIAN | LEE LLP**
550 South Hope Street, Suite 750
Los Angeles, California 90071-2924
Telephone:  (213) 622-9100
Facsimile:   (800) 622-9145

MARISA D. POULOS (SBN 197904)
marisa.poulos@balboacapital.com
**BALBOA CAPITAL**
575 Anton Boulevard, 12th Floor
Costa Mesa, California 92626
Tel: (949) 399-6303

Attorneys for Plaintiff
AMERIS BANK d/b/a BALBOA CAPITAL

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>THE COTTAGE PROS LLC, a Michigan limited liability company; and CHRISTOPHER BARNUM, an individual,<br><br>Defendants. | Case No.: 8:25−cv−00642-DOC-(JDEx)<br><br>[Assigned to the Hon. David O. Carter]<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Complaint Filed:    March 31, 2025 |

|   |   |
|---|---|
| 1 | TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL |
| 2 | OF RECORD: |
| 3 | IT IS HEREBY STIPULATED by the affected parties, Plaintiff Ameris Bank |
| 4 | d/b/a Balboa Capital ("Balboa" or "Plaintiff") and Defendants The Cottage Pros |
| 5 | LLC ("Cottage Pros") and Christopher Barnum ("Barnum") (collectively with |
| 6 | Cottage Pros, "Defendants") (collectively with Balboa and Cottage Pros, "Parties"), |
| 7 | that Balboa's action is hereby voluntarily dismissed without prejudice, pursuant to |
| 8 | Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and pursuant to a |
| 9 | settlement agreement entered into by and between Balboa, on the one hand, and |
| 10 | Defendants, on the other hand, concurrent with this Stipulation (the "Settlement |
| 11 | Agreement"). |
| 12 | // |
| 13 | // |
| 14 | // |
| 15 | // |
| 16 | // |
| 17 | // |
| 18 | // |
| 19 | // |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

IT IS FURTHER STIPULATED by the Parties that this Court shall retain jurisdiction to enforce the Settlement Agreement, and that this Stipulation shall incorporate the terms of the Settlement Agreement.

IT IS SO STIPULATED.

DATED: ___May 22___, 2025        AMERIS BANK d/b/a BALBOA CAPITAL

By: _/s/ Michelle A. Chiongson_
    Michelle Chiongson
    General Counsel

DATED: _____, 2025        THE COTTAGE PROS LLC

By: _____
    Christopher Barnum
    Member

DATED: _____, 2025

By: _____
    Christopher Barnum

IT IS FURTHER STIPULATED by the Parties that this Court shall retain jurisdiction to enforce the Settlement Agreement, and that this Stipulation shall incorporate the terms of the Settlement Agreement.

IT IS SO STIPULATED.

DATED: _____, 2025          AMERIS BANK d/b/a BALBOA CAPITAL

By: _____
Michelle Chiongson
General Counsel

DATED: 5/22/, 2025          THE COTTAGE PROS LLC

By: _____
Christopher Barnum
Member

DATED: 5/22, 2025

By: _____
Christopher Barnum